519 S.E.2d 421

Derek Wayne GURGANUS, Appellant,

v.

COMMONWEALTH of Virginia, Appellee.

Record No. 2766–97–1.

Court of Appeals of Virginia.

Oct. 5, 1999.

Scott L. Reichle (Donald J. Reichle; Reichle & Reichle, P.C., on brief), Grafton, for appellant.

Donald E. Jeffrey, III, Assistant Attorney General (Mark L. Earley, Attorney General, on brief), for appellee.

Present: FITZPATRICK, C.J., and BENTON, COLEMAN, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, LEMONS and FRANK, JJ.

## UPON A REHEARING EN BANC

Upon a rehearing *en banc,* the stay of this Court's April 20, 1999 mandate is lifted, and the judgment of the trial court is affirmed in accordance with the majority opinion of a panel of this Court in *Gurganus v. Commonwealth,* 29 Va.App. 494, 513 S.E.2d 427 (1999).

Judges BENTON and ELDER dissent for those reasons expressed in the dissenting opinion of the panel.

This order shall be published and certified to the trial court.